UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| MICHAEL VOGTS, | Civil No. 3:20-CV-05886-BAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will vacate the ALJ's prior decision. The ALJ will further develop the record, offer Plaintiff a new hearing, and reevaluate Plaintiff's subjective complaints. As needed, the ALJ will reconsider the lay witness statements, the medical opinions, and Plaintiff's residual functional capacity. The ALJ will obtain vocational expert evidence as needed and will issue a new decision.

The parties agree that reasonable attorney fees, expenses, and costs may be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

Page 1      ORDER - [3:20-CV-05886-BAT]

DATED this 30th day of March, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3858
Fax: (206) 615-2531
lisa.goldoftas@ssa.gov